In re THIRTY–NINTH ST. FERRY IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) In the matter of the application of the City of New York, etc., Thirty-Ninth Street Ferry. PER CURIAM. Motion to dismiss appeal denied, on condition that within 20 days the

appellant pay to each of the respondents $10 costs of the motion, and within the same time perfect its appeal and serve the printed appeal books.